```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -  x
                                :
UNITED STATES OF AMERICA        :     INDICTMENT
                                :
        - v. -                  :     22 Cr. ___
                                :
DOMINIQUE GREENE and            :
ANDREW WHALEN,                  :     22 CRIM 701
                                :
             Defendants.        :
                                :
- - - - - - - - - - - - - - -  x
```

**COUNT ONE**
**(Narcotics Conspiracy)**

1. From at least on or about November 17, 2022, through at least on or about November 21, 2022, in the Southern District of New York and elsewhere, DOMINIQUE GREENE and ANDREW WHALEN, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DOMINIQUE GREENE and ANDREW WHALEN, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that DOMINIQUE GREENE and ANDREW WHALEN, the defendants, conspired to distribute and possess with intent to distribute was 500 grams and more of mixtures and

substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Indictment, DOMINIQUE GREENE and ANDREW WHALEN, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____  
FOREPERSON

_____  
DAMIAN WILLIAMS  
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**DOMINIQUE GREENE and**
**ANDREW WHALEN,**

Defendants.

---

**INDICTMENT**

22 Cr.

(21 U.S.C. § 846)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson

---

12/20/22 INDICTMENT FILED (CASE ASSIGNED
TO JUDGE WOODS. CF

GABRIEL W GORENSTEIN
U S M J

4