USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA,            :
                                            :
                -v-                            :           1:22-cr-701-GHW
                                            :
DOMINIQUE GREENE, and              :           <u>ORDER</u>
ANDREW WHALEN,                        :
                              Defendants.   :
                                            :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JONATHAN L. BODANSKY, Assistant United States Attorney, of counsel, and with the consent of the defendants, DOMINIQUE GREENE, and ANDREW WHALEN, by and through their respective attorneys, AMY GALLICCHIO and ANTHONY L. RICCO, it is hereby ORDERED that the arraignment and initial pretrial conference in this matter are scheduled for January 4, 2023 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the Government time to prepare discovery, and permit the parties time to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through January 4, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

       SO ORDERED.

Dated:  December 23, 2022
             New York, New York

                                                               _____
                                                                 GREGORY H. WOODS
                                                              United States District Judge