```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA,          :

                -v-                        :           1:22-cr-701-GHW

DOMINIQUE GREENE, and          :           <u>ORDER</u>
ANDREW WHALEN,                      :
                           Defendants.  :

-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the parties, defendants DOMINIQUE GREENE, and ANDREW WHALEN, by and through their respective attorneys, AMY GALLICCHIO, and ANTHONY L. RICCO, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JONATHAN L. BODANSKY, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference scheduled in this matter for April 4, 2023 is adjourned to June 6, 2023 at 10:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the defendants and their attorneys to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through June 6, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

      SO ORDERED.

Dated: March 23, 2023
New York, New York

                                                      GREGORY H. WOODS
                                                United States District Judge