```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,           :

    -v-                                        :                 1:22-cr-701-GHW

DOMINIQUE GREENE, and              :                 <u>ORDER</u>
ANDREW WHALEN,                       :
                   Defendants.  :
                                               :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JONATHAN L. BODANSKY, Assistant United States Attorney, of counsel, and with the consent of the defendants, DOMINIQUE GREENE, and ANDREW WHALEN, by and through their respective attorneys, AMY GALLICCHIO and ANTHONY L. RICCO, it is hereby ORDERED that the status conference scheduled in this matter for October 17, 2023 is adjourned to January 3, 2024 at 11:00 a.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to continue discussions regarding pretrial resolutions of this matter. Accordingly, it is further ORDERED that the time from the date of this order through January 3, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

       SO ORDERED.

Dated:  October 16, 2023
            New York, New York

                                                    _____
                                                       GREGORY H. WOODS
                                                   United States District Judge