# The Law Office of Kenneth Kushner Esq.

905 Park Ave Huntington NY 11743 (718) 344-6250 kenkushnerlaw@gmail.com BY ECF

**MEMORANDUM ENDORSED**
Tuesday, August 6, 2024

Judge Gregory H. Woods
District Court Southern District of New York Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2024
```

Re: *United States v. Dominique Greene*, **22 Cr. 701 (GHW)** Dear Judge Woods:

With the consent of the Government, counsel for the defendant Dominique Green, respectfully writes to request a reasonable adjournment in the above-referenced matter, currently scheduled for sentencing on the 13th of August 2024. As discussed, the final PSR is not yet available for defense and defendant review.

Pursuant to Federal Rule 32 Sentencing and Judgement: (e) (2); DISCLOSING THE REPORT AND THE RECOMMENDATION. (2) *Minimum Required Notice.* The probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period).

The defense intends to file a sentencing submission and respectfully requests a reasonable amount of time to do so upon receipt of the final PSR, as per Federal rule 32 (e) (2). Defense consents to an adjournment upon submission of the defense sentencing submission, for the Government to respond.

Defense Counsel for Mr. Greene submits that the ends of justice served by the granting of this adjournment outweigh the best interests of the public and as such will, as referenced above, allow the parties time to conclude all pertinent issues which need to be address prior to the court's sentencing date. Kindly inform us when would be an appropriate new time and date for; defense receipt of the PSR, submission date of the defense sentencing submission, the date of the Government's response to the above-mentioned submissions, and the final date and time for sentencing on the matter.

Defense counsel thanks you in advance for your time and patience in addressing this important matter.

Respectfully submitted,

*Kenneth Kushner*

Kenneth Kushner Esq.
Counsel for Dominique Greene

Application granted. The sentencing hearing previously scheduled for August 13, 2024 is now adjourned to September 17, 2024 at 11:00 a.m. The defendant's sentencing submissions are due no later than two weeks prior to the hearing; the Government's submissions are due no later than one week prior to the hearing.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED.
Dated: August 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge