UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                                             :

                    -against-                :

                                             :

DOMINIQUE GREENE,                            :            1:22-cr-701-GHW

                                             :

                         Defendant.          :            <u>ORDER</u>

----------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/17/2024 |

GREGORY H. WOODS, United States District Judge:

      Because the Government failed to produce the defendant, the sentencing hearing currently

scheduled for September 17, 2024 at 11:00 a.m. is adjourned to September 20, 2024 at 11:00 a.m.

The hearing will take place on September 20, 2024 at 11:00 a.m. in Courtroom 12C, Daniel Patrick

Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to

appear for the hearing as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated:  September 17, 2024
New York, New York

                              _____
                                GREGORY H. WOODS
                            United States District Judge